# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Jr., Charles L. | Northern District of Alabama | 12/28/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
101 Holmes Avenue
Huntsville, Ala. 35801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Alabama Department of Archives and History |
| 2. | Director | Friends of Alabama Heritage Magazine Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1981 | Judicial Retirement Fund of Alabama (Retirement fund of former employer, State of Alabama), no control |
| 2. | 1981 | Madison County, Alabama Retirement Fund (Retirement fund of former employer, Madison County), no control |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 12/28/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | State of Alabama Judicial Retirement (Retirement Systems of Alabama) | $58,725.00 |
| 2. | 2020 | Madison County, Alabama Retirement | $19,142.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Madison County, Alabama Retirement Fund (Retirement Systems of Alabama) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 12/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 12/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. U.S. Savings Bonds-Series EE | A | Interest | J | T | | | | | |
| 2. Regions Financial Corp. Common | B | Dividend | K | T | | | | | |
| 3. Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 4. Meadowbrook, Ltd. 4.75% Int. in limited partnership | | None | J | U | | | | | |
| 5. Farm: Madison County, Ala. | C | Rent (Crop) | O | W | | | | | |
| 6. Farm Rental House: Madison County, Ala. | D | Rent (House) | M | W | | | | | |
| 7. Crown Life Ins. - Cash Value Whole Life Policy | A | Dividend | J | T | | | | | |
| 8. Apple, Inc. Common | D | Dividend | O | T | | | | | |
| 9. Clorox Co. Common | B | Dividend | L | T | | | | | |
| 10. ▢ § 457(b) Deferred Comp Account (H): | | | | | | | | | |
| 11. -- Fidelity Contrafund | C | Dividend | L | T | | | | | |
| 12. -- Nationwide Fixed Account | B | Interest | K | T | | | | | |
| 13. Madison Co. AL Retirement Fund | B | Interest | K | T | | | | | |
| 14. Am Family Broadcasting Corp (Retirement) | | None | J | T | | | | | |
| 15. PACT (Ala. Prepaid Affordable College Tuition plan) | A | Interest | K | T | | | | | |
| 16. Scholars Choice (Section 529 Plan) (H) | | | | | | | | | |
| 17. -- NUVEEN CO ALL EQ ALLOC PTF A | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Jr., Charles L.** | 12/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Education IRA No. 1 (H): | | | | | | | | | |
| 19. -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 20. -- Facebook Common | | None | K | T | | | | | |
| 21. -- Apple, Inc. Common | A | Dividend | L | T | | | | | |
| 22. -- SNAP, Inc. Class A | | None | J | T | | | | | |
| 23. -- CVS Health Corp Common | A | Dividend | J | T | | | | | |
| 24. -- Tanger Factory Outlet Centers | A | Dividend | J | T | | | | | |
| 25. -- Fedeerated Prime Cash Obligations WS | A | Dividend | J | T | | | | | |
| 26. Education IRA No. 2 (H): | | | | | | | | | |
| 27. -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 28. -- Facebook Common | | None | K | T | | | | | |
| 29. -- Ford Motor Co New | A | Dividend | J | T | | | | | |
| 30. -- Tanger Facory Outlet Centers | A | Dividend | J | T | | | | | |
| 31. -- Federated Prime Cash Obligations WS | A | Dividend | J | T | | | | | |
| 32. Education IRA No. 4 (H): | | | | | | | | | |
| 33. -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 34. -- Facebook Common | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 12/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Ford Motor Co New | A | Dividend | J | T | | | | | |
| 36. -- Federated Prime Cash Obligation WS | A | Dividend | J | T | | | | | |
| 37. Coca Cola Bottling Co. Common | A | Dividend | J | T | | | | | |
| 38. Trust No. 1 (H): | A | Dividend | K | T | | | | | |
| 39. -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 40. -- Franklin Federal Tax Free Income FD Class A | B | Interest | K | T | | | | | |
| 41. -- Federated Prime Cash Obligations WS | A | Dividend | J | T | | | | | |
| 42. Vanguard Age-Based Aggressive Growth (Section 529 Plan aka Upromise) | A | Dividend | K | T | | | | | |
| 43. Walt Disney Common | B | Dividend | K | T | | | | | |
| 44. Education IRA No. 5 (H): | | | | | | | | | |
| 45. -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 46. -- Facebook Common | | None | K | T | | | | | |
| 47. -- SNAP, Inc. Class A | | None | J | T | | | | | |
| 48. -- Ford Motor Co New | A | Dividend | J | T | | | | | |
| 49. -- Tanger Factory Outlet Centers | A | Dividend | J | T | | | | | |
| 50. -- Federated Prime Cash Obligations Ws | A | Dividend | J | T | | | | | |
| 51. -- Albertsons Companies, Inc. | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Jr., Charles L.** | 12/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Trust No. 2 (H): | | | | | | | | | |
| 53. | -- Morgan Stanley Bank NA | A | Interest | K | T | | | | | |
| 54. | -- Facebook Common | | None | L | T | Sold<br>(part) | 12/23/20 | K | E | |
| 55. | -- Illumina Inc. Common | | None | K | T | | | | | |
| 56. | -- Apple Inc. Common | B | Dividend | L | T | | | | | |
| 57. | -- CVS Health Corp Common | A | Dividend | J | T | | | | | |
| 58. | -- Ford Motor Co New | A | Dividend | J | T | | | | | |
| 59. | -- Tanger Factory Outlet Centers | A | Dividend | J | T | | | | | |
| 60. | -- Qual Comm Inc. | A | Dividend | K | T | | | | | |
| 61. | -- Leidos Holding Inc. | A | Dividend | J | T | | | | | |
| 62. | -- Federated Prime Cash Obligations Ws | A | Dividend | J | T | | | | | |
| 63. | Facebook Common | | None | L | T | | | | | |
| 64. | Alabama College Counts 529 Plan (H): | | | | | | | | | |
| 65. | -- Vanguard Growth Index Fund | C | Dividend | M | T | | | | | |
| 66. | -- Vanguard Total Bond Market Index Fund | B | Dividend | K | T | | | | | |
| 67. | -- Vanguard Short Term bond Index Fund | B | Dividend | K | T | | | | | |
| 68. | Educational IRA No. 6 (H): | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 12/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 70.   -- SNAP, Inc. Class A | | None | J | T | | | | | |
| 71.   -- Ford Motor Co New | A | Dividend | J | T | | | | | |
| 72.   -- Tanger Factory Outlet Centers | A | Dividend | J | T | | | | | |
| 73.   -- Federated Cash Obligations WS | A | Dividend | J | T | | | | | |
| 74.   -- Albertsons Companies, Inc. | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 75.   Roth IRA (H): | | | | | | | | | |
| 76.   -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 77.   -- Facebook Inc. Common | | None | K | T | | | | | |
| 78.   -- Franklin Income A | A | Interest | J | T | | | | | |
| 79.   -- Apple Inc. Common | A | Dividend | L | T | | | | | |
| 80.   -- CVS Health Corp Common | A | Dividend | J | T | | | | | |
| 81.   -- Federated Prime Cash Obligations WS | A | Dividend | J | T | | | | | |
| 82.   -- Albertsons Companies, Inc. | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 83.   ▨ Traditional IRA (Rollover from § 457(b) Plan) (H): | | | | | | | | | |
| 84.   -- Sterne Agee Insured Deposit Program | A | Interest | J | T | | | | | |
| 85.   -- Valley View Place LLC | | None | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 12/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  -- Qual Comm Inc. | A | Dividend | J | T | | | | | |
| 87.  -- Leidos Holdings Inc. | A | Dividend | J | T | | | | | |
| 88.  Bryant Bank Account | A | Interest | M | T | | | | | |
| 89.  Regions Bank Account | A | Interest | J | T | | | | | |
| 90.  Roth IRA No. 2 (H) (X): | | | | | | | | | |
| 91.  -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 92.  -- SNAP, Inc. Class A | | None | J | T | | | | | |
| 93.  -- Tanger Factory Outlet Centers | A | Dividend | J | T | | | | | |
| 94.  -- Federated Prime Cash Obligations WS | A | Dividend | J | T | | | | | |
| 95.  -- Albertsons Companies, Inc. | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 96.  CVS Health Corp Common | A | Dividend | J | T | | | | | |
| 97.  Ford Motor Co New | A | Dividend | J | T | | | | | |
| 98.  Federated Prime Cash Obligations WS | D | Dividend | O | T | | | | | |
| 99.  -- Leidos Holdings Inc. | A | Dividend | L | T | | | | | |
| 100.  Albertsons Companies, Inc. | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 101.  MSBNA Preferred Savings - QC | A | Interest | J | T | Buy | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 12/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles L. Smith, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544